McDONOUGH, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by Margaret McDonough, as administratrix, against

the Interborough Rapid Transit Company. C. J. Farley, for appellant. L. E. Quigg, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

SCOTT, J., dissents.